```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 07 B 06321
   EARTHA L MISTER
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-0016


-----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 04/09/07 and confirmed on 08/30/07.

   2.  The case was converted to Chapter 7 after confirmation, 05/16/2008.

   3.  The Debtor paid a total of $   4100.00 .

   4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
-----------------------------------------------------------------------
CHASE HOME FINANCE         CURRENT MORTG         .00          .00            .00
CHASE HOME FINANCE         MORTGAGE ARRE     8616.97          .00            .00
WINSTON VILLAGE ASSOC      SECURED           2500.00          .00          19.79
WELLS FARGO FINANCIAL AC   SECURED VEHIC    16925.00       741.51         851.50
ILLINOIS DEPT REVENUE      NOTICE ONLY     NOT FILED          .00            .00
INTERNAL REVENUE SERVICE   NOTICE ONLY     NOT FILED          .00            .00
CALVARY PORTFOLIO SERVIC   UNSECURED       NOT FILED          .00            .00
CCA                        UNSECURED       NOT FILED          .00            .00
CREDIT COLLECTION SERVIC   UNSECURED       NOT FILED          .00            .00
PREMIER BANKCARD/CHARTER   UNSECURED           44.10          .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED          374.28          .00            .00
KCA FINANCIAL SERVICES     UNSECURED       NOT FILED          .00            .00
MERCHANTS CREDIT GUIDE     UNSECURED       NOT FILED          .00            .00
NICOR GAS                  UNSECURED          565.22          .00            .00
SOCIAL SECURITY ADMINIST   UNSECURED       NOT FILED          .00            .00
STUART ALLAN & ASSOCIATE   UNSECURED        11456.49          .00            .00
WELLS FARGO FINANCIAL AC   UNSECURED           29.61          .00            .00
INTERNAL REVENUE SERVICE   PRIORITY          1319.28          .00            .00
INTERNAL REVENUE SERVICE   UNSECURED          244.00          .00            .00

CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
-----------------------------------------------------------------------
     Summary of disbursements:
-----------------------------------------------------------------------
                  SECURED      PRIORITY     UNSECURED       OTHER         TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED   28041.97    1319.28     12713.70         .00       42074.95
PRINCIPAL PAID         871.29        .00          .00         .00         871.29
INTEREST PAID          741.51        .00          .00         .00         741.51
TOTAL PAID            1612.80        .00          .00         .00        1612.80
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC        , was allowed $   2500.00 and was paid $     466.00   direct and $   1967.21   through the plan.

The Trustee received $     119.99 .

Refunds to the Debtor totaled $     400.00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 08/20/08                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE